1  CDF LABOR LAW LLP
      Mark S. Spring, State Bar No. 155114
2     mspring@cdflaborlaw.com
      Marianne C. Koepf, State Bar No. 191025
3     mkoepf@cdflaborlaw.com
   600 Montgomery Street, Suite 440
4  San Francisco, California 94111
   Telephone: (415) 981-3233
5
   Attorneys for Defendant
6  COMCAST CABLE COMMUNICATIONS
   MANAGEMENT, LLC, erroneously sued herein as Comcast
7  Inc., d.b.a. Comcast Cable Communications Management
   LLC, Comcast Cable Communications LLC, Comcast
8  Holdings Corporation, and Comcast Corporation

9  LAW OFFICES OF DANIEL RAY BACON
      Daniel Ray Bacon, State Bar No. 103866
10    bacondr@aol.com
   234 Van Ness Avenue
11 San Francisco, CA 94102
   Telephone: (415) 864-0907
12 Facsimile: (415) 864-0989

13 Attorneys for Plaintiff
   GLORIA RODRIGUEZ
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

| 18 | GLORIA RODRIGUEZ, | ) Case No. 3:16-cv-04413-SK |
|---|---|---|
| 19 | Plaintiff, | ) Assigned for All Purposes To: |
| 20 | v. | ) Hon. Sallie Kim |
| 21 | COMCAST INC., doing business as COMCAST CABLE COMMUNICATIONS | ) **[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST** |
| 22 | MANAGEMENT, LLC, COMCAST CABLE COMMUNICATIONS LLC, COMCAST | ) **TO CONTINUE TRIAL DATE - SUBMITTED BY THE PARTIES IN** |
| 23 | HOLDINGS CORPORATION, and COMCAST CORPORATION, a Pennsylvania Corporation, | ) **ACCORDANCE WITH CIVIL LOCAL RULE 5-1(g) AND THE STANDING** |
| 24 | and Does 1 through 50, inclusive, | ) **ORDER FOR MAGISTRATE JUDGE SALLIE KIM EFFECTIVE JULY 11,** |
| 25 | Defendants. | ) **2019** |

26
27
28

Plaintiff Gloria Rodriguez ("Plaintiff") and defendant Comcast Cable Communications Management, LLC ("Comcast") (collectively, the "Parties"), have filed a Stipulation and Request to Continue the trial date in this case. They have shown good cause for a continuance of the trial date. This is the first request for a continuance.

Good cause having been shown, the Court hereby GRANTS Parties stipulation and ORDERS:

1. The following dates be vacated:

    a. April 16, 2021 Final Pretrial Conference Date

    b. May 18, 2021 Trial Date

2. The Court will set a new Trial Date and accompanying Pretrial Conference Date when the Parties and Court convene on March 22, 2021 at the next Case Management Conference; **OR**

3. In accordance with the request of the parties in its stipulation, and their availability, the Trial in this matter shall be reset to begin on _____, 2022 and that the Final Pretrial Conference be held on _____, 202_.[1]

**IT IS SO ORDERED.**

Dated: February __. 2021

                                            HONORABLE SALLIE KIM
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Note: Parties propose the Court to select paragraph 2 or 3 depending on how it wishes to move forward.