UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA RODRIGUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>COMCAST INC., et al.,<br><br>    Defendants. | Case No. 16-cv-04413-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 94 |

The parties filed a stipulation, requesting that this case be dismissed once Defendant has complied with all of the settlement terms, which is expected to be within the next 90 days. In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within one hundred and twenty days, with proof of service, that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated and this case shall be restored to the calendar and set for trial. If no certification is filed, after passage of one hundred and twenty days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: December 7, 2021

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge